[No. 12496-3-II.  Division Two.  August 7, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN LEE
GENTRY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 88-1-00203-5, Terence Hanley, J., entered
December 20, 1988. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.